STATE OF OREGON *ex rel.*, SCHOOL DISTRICT No. 29, Respondent, *v.* LESTER HULIN *et al.*, Appellants.

*Appeal from Lane County.*

1. School districts are public corporations coming under section 352, page 237 of the Code.
2. An action for the purpose of annulling their corporative existence must be begun by direction of the governor of the State.

THIS action was brought to set aside a school district corporation, No. 38, on the relation of school district No. 29, and to have its corporate existence declared void, for certain

irregularities alleged to exist in the proceedings, by which said district No. 38 was laid out and organized.

*Ellsworth & Dorris*, for appellants, allege as error below:

2d. The action is commenced against the clerk and directors of school district No. 38, contrary to law, as will appear from the answer of defendants below, appellants here, which is not desired by plaintiffs.

That by *section* 352, *page* 237 *of the Code*, the action must be brought by and with the consent of the governor.

*Strahan, Walton & Willis*, for respondent, claim that the action is not commenced as alleged, but against certain persons assuming to act as a corporation.

BOISE, J. Without proceeding to consider the alleged irregularities complained of, this court is of the opinion that the action was not legally instituted in the court below, so as to give that court jurisdiction of the subject matter of the controversy. School districts are public corporations, and their corporate existence cannot be annulled except as provided in *section* 352, *page* 237 *of the Code*, and the action for that purpose must be directed by the governor of the State.

His official sanction does not appear to have been given in this case.

The court below, therefore, having no jurisdiction to try the case, its judgment is erroneous and must be reversed.